## (January 28, 1954.)

■

GEORGE VALASHINAS, Respondent, v. STANLEY KONIUTO, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs, and this court certifies the following question of law: Does the complaint of plaintiff-respondent state facts sufficient to constitute a cause of action? Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 13.]